**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Tyrone Anthony HARRISON,**
**Defendant-Appellant.**

**No. 17-6278**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 26, 2017

Tyrone Anthony Harrison, Appellant Pro Se. Michael Arlen Jagels, Special Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Anthony Harrison seeks to appeal the magistrate judge's order denying his motions for default judgment in his pending 28 U.S.C. § 2255 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ.

P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Harrison seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*